HELEN SHAW et al., Appellants, *v.* IRVING TRUST COMPANY, as Trustee under the Will of GRACE S. SEIDLER, Deceased, Respondent.

Argued May 28, 1937; decided June 11, 1937.

*Morris Gelbman* for appellants.

*Ralph H. Terhune* and *E. C. Sherwood* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.